Filed 3/20/24  P. v. Walker CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JAVEN LUKE WALKER,<br><br>    Defendant and Appellant. | 2d Crim. No. B330842<br>(Super. Ct. No. KA129081)<br>(Los Angeles County) |

Javen Luke Walker appeals a judgment following a trial court's finding that he violated the terms of his probation.  In 2022, Walker pled no contest to assault with a firearm.  (Pen. Code, § 245, subd. (a)(2).)  He was sentenced to four years in prison.  Execution of the sentence was suspended and he was placed on formal probation for two years.  In 2023, after a contested probation violation hearing, the court found Walker violated probation by possessing weapons.  The court imposed a sentence of four years in state prison with a total of 537 days custody credits.

We appointed counsel to represent Walker on this appeal. Counsel filed a brief under *People v. Wende* (1979) 25 Cal.3d 436, and stated she was unable to find any arguable issues to brief. On January 29, 2024, we sent notice to Walker notifying him about his right to file a supplemental brief setting forth any issues he wanted this court to consider. Walker did not file a supplemental brief. After a review of the record, we conclude there has been no showing of any arguable issues for this appeal.

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


BALTODANO, J.


CODY, J.

2

Joan M. Chrostek, Judge

Superior Court County of Los Angeles

_____

Lise M. Breakey, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.